UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW FACEY
A35 958 670
11201 Old York Road
Mitchellville, MD 20721

    Plaintiff ,         NO. 06-0940

  V.

Michael Chertoff, Secretary,
Department of Homeland Security
425 I Street, NW
Washington, D.C. 20536;

Emilio T. Gonzalez,
Director, United States Citizenship and Immigration Services
425 I Street, NW
Washington, D.c. 20536; and

Richard Caterisano, District Director,
U.S. Citizenship and Immigration Services,
31 Hopkins Plaza
Baltimore, MD 21201

    Defendants

**AFFIDAVIT OF SERVICE**

  I, Regina Y. Kane, hereby declare that on the 19th of May 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Richard Caterisano. Attached hereto is the green card acknowledging service.

                     _____
                     Regina Y. Kane
                     Law Office of Regina Y. Kane
                     1717 K Street, NW Suite 600
                     Washington, D.C. 20036
                     202 349-3971 Office
                     District of Columbia Bar No. 486128