UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, )<br>)<br>  Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, )<br>)<br>EMILIO GONZALEZ, Director, )<br>U.S. Citizenship and Immigration Services, and )<br>)<br>RICHARD CATERISANO, District Director, )<br>U.S. Citizenship and Immigration Services, )<br>)<br>  Defendants. )<br>) | Civil No. 06-0940 (RWR) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of thirty days, up to and including August 31, 2006, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on August 1, 2006. Defendants seek this enlargement on the following grounds:

This complaint arises under the Administrative Procedure Act and the Immigration and Nationality Act. Undersigned counsel spoke with agency counsel at the Department of Homeland Security, and learned that the documents needed in order to respond to plaintiff's complaint must be ordered from their National Records Center. Agency counsel is not in receipt of those records.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain her position on this motion. Plaintiff's counsel consented to this motion. As there are no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on this <u>18th</u> day of July, 2006, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Regina Y. Kane
1717 K Street, N.W., Suite 600
Washington, D.C.  20001

                /s/_____
                MARIAN L. BORUM
                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW FACEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 06-0940 (RWR) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of Homeland Security, ) | |
| ) | |
| EMILIO GONZALEZ, Director, ) | |
| U.S. Citizenship and Immigration Services, and ) | |
| ) | |
| RICHARD CATERISANO, District Director, ) | |
| U.S. Citizenship and Immigration Services, ) | |
| ) | |
| Defendants. ) | |

## ORDER

UPON CONSIDERATION of defendants' Consent Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of July, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including August 31, 2006 in which to respond to plaintiff's Complaint.

Date _____          _____
                                                  UNITED STATES DISTRICT JUDGE