UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-0940 (RWR) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| U.S. Department of Homeland Security, et al. | ) |
| | ) |
| Defendants. | ) |

**SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of thirty days, up to and including October 2, 2006, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on August 31, 2006. Defendants seek this enlargement on the following grounds:

This complaint arises under the Administrative Procedure Act and the Immigration and Nationality Act. Undersigned counsel spoke with agency counsel at the Department of Homeland Security, and learned that, upon her review of the file, she asked the Baltimore District Office of the U.S. Citizenship and Immigration Service to review plaintiff's application for naturalization. That review will determine the nature of defendants' response to this complaint. An enlargement of time is sought to allow this review to occur.

Pursuant to Local Rule 7(m), on August 29, 2006, undersigned counsel contacted plaintiff's counsel to ascertain her position on this motion. Plaintiff's counsel indicated that she would consult her client. As of the time of the drafting of this motion, undersigned counsel had not learned counsel's response. As there are no pending deadlines, the granting of this motion will have no effect on any deadlines in this matter.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>30th</u> day of August, 2006, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Regina Y. Kane
1717 K Street, N.W., Suite 600
Washington, D.C.  20001

 

_____
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, et al. )<br>)<br>Defendants. )  | Civil No. 06-0940 (RWR) |

## ORDER

UPON CONSIDERATION of defendants' Second Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including October 2, 2006 in which to respond to plaintiff's Complaint.


Date _____        _____
                                  UNITED STATES DISTRICT JUDGE