UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 06-0940 (RWR) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of Homeland Security, et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of sixty (60) days, up to and including December 1, 2006, in which to move, answer or otherwise respond to plaintiff's complaint. Defendants' response would otherwise be due on October 2, 2006. Defendants seek this enlargement on the following grounds:

This complaint arises under the Administrative Procedure Act and the Immigration and Nationality Act. On January 24, 2004, the plaintiff filed an Application for Naturalization with United States Citizenship and Immigration Services. Complaint ¶ 3. On October 20, 2004, plaintiff's application was denied on the basis that he lacked good moral character because he failed to disclose an arrest and conviction that were alleged to have occurred while he was in the United States Navy. Id. Plaintiff argued that he was never arrested or convicted, but was

questioned during a criminal investigation. Id. Plaintiff petitions this Court for review of the adverse decision on his Application for Naturalization.

Upon reviewing this matter, agency counsel at the Department of Homeland Security requested that the Baltimore District Office of United States Citizenship and Immigration Services review the denial of plaintiff's Application for Naturalization. Documentation regarding plaintiff's case was forwarded to the Baltimore District Office to commence their review. However, it was determined that additional documentation about the criminal investigation had to be obtained from the National Personnel Records Center of the Naval Criminal Investigative Service. The request for that documentation was made on or about September 1, 2006. However, undersigned counsel has been informed that it will take three to four weeks for the National Personnel Records Center to process the request. The defendants do not anticipate receiving the documentation until on or about November 1, 2006. The enlargement of time of sixty (60) days is sought to allow time for the receipt and review of the documentation, as well as the review of the denial of plaintiff's Application for Naturalization.

Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain her position on this motion, but was unable to reach her. This is defendants' third request for enlargement of time. However, it is being requested because the review of plaintiff's application will necessarily determine the nature of the defendant's response to the Complaint. As there are no pending deadlines, this enlargement will not affect any other deadlines in this matter.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to the complaint be granted.

An order granting the relief sought is attached hereto.

                              Respectfully submitted,

                              /s/
                            KENNETH L. WAINSTEIN, D.C. Bar # 451058
                            United States Attorney

                              /s/
                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                            Assistant United States Attorney

                              /s/
                            MARIAN L. BORUM, D.C. Bar # 435409
                            Assistant United States Attorney
                            555 Fourth Street, N.W. - Civil Division
                            Washington, D.C. 20530
                            (202) 514-6531
                            Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>27th</u> day of September, 2006, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Regina Y. Kane
1717 K Street, N.W., Suite 600
Washington, D.C. 20001

   /s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW FACEY, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 06-0940 (RWR) |
| MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security, et al. | ) |
| Defendants. | ) |

### ORDER

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including December 1, 2006 in which to respond to plaintiff's Complaint.


Date _____                    _____
                                                                                UNITED STATES DISTRICT JUDGE