UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, et al. )<br>)<br>Defendants. )<br>) | Civil No. 06-0940 (RWR) |

NOTICE OF CONSENT

Defendants, through undersigned counsel, hereby respectfully report to the Court that counsel for Plaintiff, Andrew Facey, contacted undersigned counsel and indicated that Plaintiff consented to Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint (Docket Entry No. 8).

Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2006, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Regina Y. Kane
1717 K Street, N.W., Suite 600
Washington, D.C.  20001


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　MARIAN L. BORUM
　　　　　　　　　　　　　　　　　　Assistant United States Attorney