UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 06-0940 (RWR) |
| | ) |
| MICHAEL CHERTOFF, Secretary, | ) |
| U.S. Department of Homeland Security, et al., | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully move for an enlargement of time of forty-five (45) days, up to and including January 15, 2007, in which to move, answer or otherwise respond to plaintiff's Complaint. Defendants' response would otherwise be due on December 1, 2006. Defendants seek this enlargement on the following grounds:

This Complaint arises under the Administrative Procedure Act and the Immigration and Nationality Act. On January 24, 2004, plaintiff filed an Application for Naturalization with United States Citizenship and Immigration Services. Complaint ¶ 3. On October 20, 2004, plaintiff's application was denied on the basis that he lacked good moral character because he failed to disclose an arrest and conviction that were alleged to have occurred while he was in the United States Navy. Id. Plaintiff argued that he was never arrested or convicted, but was

questioned during a criminal investigation. Id. Plaintiff petitions this Court for review of the adverse decision on his Application for Naturalization.

Upon her review of the matter, agency counsel at the Department of Homeland Security asked the Baltimore District Office of United States Citizenship and Immigration Services to review the denial of plaintiff's Application for Naturalization. That review has begun. However, during the review process, it was discovered that the fingerprints of plaintiff on file had expired. In order to complete the review of plaintiff's Application for Naturalization, the Baltimore District Office requires a new set of fingerprints from plaintiff. Correspondence was sent to plaintiff requesting that he provide new fingerprints, and undersigned counsel has contacted plaintiff's counsel to request that plaintiff submit the fingerprints at his earliest convenience. The enlargement of time of forty-five (45) days is sought to allow time for plaintiff to submit the fingerprints and for completion of the review of the denial of plaintiff's Application for Naturalization.

As there are no pending deadlines, this enlargement will not affect any other deadlines in this matter. The review of plaintiff's application will necessarily determine the nature of the defendant's response to the Complaint. Pursuant to Local Rule 7(m), undersigned counsel contacted plaintiff's counsel to ascertain her position on this motion. Plaintiff's counsel consented to this motion.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to the Complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street,  N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2006, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff's counsel:

Regina Y. Kane
1717 K Street, N.W., Suite 600
Washington, D.C. 20001


/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW FACEY, )<br> )<br>          **Plaintiff,** )<br>v. )<br> )<br> )<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, <u>et al</u>. )<br> )<br> )<br>          **Defendants.** )<br> ) | Civil No. 06-0940 (RWR) |

**ORDER**

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to an including January 15, 2007, in which to respond to plaintiff's Complaint.


Date _____          _____
                                    UNITED STATES DISTRICT JUDGE