UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW FACEY,                )<br>                Plaintiff,         )<br>                                        )<br>v.                                     )<br>                                        )<br>MICHAEL CHERTOFF, Secretary,  )<br>U.S. Department of Homeland Security, et al.  )<br>                Defendants.        )<br>                                        ) | Civil No. 06-0940 (RWR) |

**STIPULATION TO DISMISS**

Plaintiff, Andrew Facey and Defendants, Michael Chertoff, Secretary, U.S. Department of Homeland Security, et al., pursuant Federal Rule of Procedure 41, stipulate and agree to the dismissal of this action with prejudice and with each party bearing its own costs.

Respectfully submitted,

/s/
REGINA Y. KANE
D.C. Bar No. 486128
1717 K Street, N.W., Suite 600
Washington, D.C. 20001
202-349-3971
Counsel for Plaintiff

/s/
JEFFREY A. TAYLOR
D.C. Bar No. 498610
UNITED STATES ATTORNEY

/s/
RUDOLPH CONTRERAS
D.C. Bar No. 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM
D.C. Bar No. 435409
Assistant United States Attorney
555 Fourth Street, N.W.-Civil Division
Washington, D.C. 20530
202-514-6531
Counsel for Defendants

Dated: December 13, 2006